**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Matchbox Food Group, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **14-1969688** | |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Thompson Hospitality** **Attn:  Christopher Hand** **1741 Business Center Dr., Ste. 200** **Reston, VA 20190-1000** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Fairfax** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)   _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Matchbox Food Group, LLC**                                          Case number (*if known*) _____
            Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District | | When | | Case number | |
| | _____ | | _____ | | _____ | |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | Debtor | **Matchbox Rockville, LLC** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **District of Maryland** | When | **8/03/20** | Case number, if known | **20-17247** |

Debtor    **Matchbox Food Group, LLC**                                    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☑ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Matchbox Food Group, LLC**
          Name                                                    Case number (*if known*) _____

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  3, 2020**
               MM / DD / YYYY

**X** **/s/ Edwin A. Sheridan IV**                              **Edwin A. Sheridan IV**
      Signature of authorized representative of debtor            Printed name

Title    **Member**

---

**18. Signature of attorney**

**X** **/s/ Janet M. Nesse, Esq,.**                  Date    **August  3, 2020**
      Signature of attorney for debtor                        MM / DD / YYYY

**Janet M. Nesse, Esq,.**
Printed name

**McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.**
Firm name

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **(301) 441-2420**    Email address    **jnesse@mhlawyers.com**

**07804 MD**
Bar number and State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Matchbox Food Group, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Egg Cream, LLC 7830 Old Georgetown Rd. Bethesda, MD 20814** | | | | **$10,470,548.00** | **$0.00** | **$10,470,548.00** |
| **EagleBank Attn:  Scott S. Kinlaw 7815 Woodmont Ave. Bethesda, MD 20814** | | **Long term loan** | | **$9,819,258.71** | **$0.00** | **$9,819,258.71** |
| **Thompson Hospitality Attn:  Ali Azima 1741 Business Center Dr., Ste. 200 Reston, VA 20190** | | | | **$6,300,000.00** | **$0.00** | **$6,300,000.00** |
| **Eaglebank Attn:  Scott S. Kinlaw 7815 Woodmont Ave. Bethesda, MD 20814** | | **PPP SBA loan** | | **$5,566,272.50** | **$0.00** | **$5,566,272.50** |
| **Potomac Investment Trust Ron Paul 7830 Old Georgetown Rd. Bethesda, MD 20814** | | **PIT Group** | | **$3,775,000.00** | **$0.00** | **$3,775,000.00** |
| **Thompson Hospitality Attn:  Ali Azima 1741 Business Center Dr., Ste. 200 Reston, VA 20190** | | | | **$2,489,341.00** | **$0.00** | **$2,489,341.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Matchbox Food Group, LLC**                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EagleBank Attn:  Scott S. Kinlaw 7815 Woodmont Ave. Bethesda, MD 20814** | | **Short term loan** | | $1,450,807.00 | $0.00 | $1,450,807.00 |
| **Ashtray, LLC 10110 Molecular Dr., Ste. 300 Rockville, MD 20850** | | | | $1,400,000.00 | $0.00 | $1,400,000.00 |
| **Tuna, LLC 80100 Cessna Dr. Gaithersburg, MD 20879** | | | | $1,085,000.00 | $0.00 | $1,085,000.00 |
| **Michelle S. Lee 915 Georgetown Ridge Ct. Mc Lean, VA 22102** | | **Daniel Neal Group** | | $1,000,000.00 | $0.00 | $1,000,000.00 |
| **AIM Restaurant Holding, LLC Ronald Abramson 1700 K St. NW, Ste. 300 Washington, DC 20006-3807** | | **PIT  Group** | | $750,000.00 | $0.00 | $750,000.00 |
| **Frank Stopak 12290 Wilkins Ave. Rockville, MD 20852** | | **PIT  Group** | | $500,000.00 | $0.00 | $500,000.00 |
| **Leonard A. Greenberg Linda K. Greenberg 4901 Fairmont Ave., Ste. 200 Bethesda, MD 20814** | | **PIT  Group** | | $500,000.00 | $0.00 | $500,000.00 |
| **Steven M. Glazer Family Irrevocable Trus Steve Glazer 5301 Wisconsin Ave., NW Suite 740 Washington, DC 20015** | | **PIT  Group** | | $500,000.00 | $0.00 | $500,000.00 |
| **Daniel Neal Heller Shapiro 8808 Clifford Ave. Chevy Chase, MD 20815** | | **Daniel Neal Group** | | $476,000.00 | $0.00 | $476,000.00 |
| **Chesapeake - MBRK - SBA loan** | | | | $401,024.71 | $0.00 | $401,024.71 |

Debtor **Matchbox Food Group, LLC**                                              Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marshall Cannon 12290 Wilkins Ave. Rockville, MD 20852** | | **PIT  Group** | | **$300,000.00** | **$0.00** | **$300,000.00** |
| **Gary Siegel 10528 Democracy Blvd. Potomac, MD 20854** | | **PIT  Group** | | **$250,000.00** | **$0.00** | **$250,000.00** |
| **Sheldon Shapiro 2001 N. Ocean Blvd., S-1606 Fort Lauderdale, FL 33305** | | **PIT  Group** | | **$250,000.00** | **$0.00** | **$250,000.00** |
| **Dana Creative Concepts, Corp. MItchell Herman 1536 Live Oak Dr. Silver Spring, MD 20910** | | **PIT  Group** | | **$250,000.00** | **$0.00** | **$250,000.00** |

# United States Bankruptcy Court
## District of Maryland

In re    **Matchbox Food Group, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **5 Hole, LLC**<br>**One Preserve Parkway**<br>**Suite 120**<br>**Rockville, MD 20852** | | | |
| **AIM Restaurant Holdings, LLC**<br>**2000 Tower Oaks Blvd**<br>**9th Floor**<br>**Rockville, MD 20852** | | | |
| **Alan Levy**<br>**Betty Levy**<br>**11403 Hounds Way**<br>**Rockville, MD 20852** | | | |
| **Alan M. Levine**<br>**7301 Bannockburn Ridge Court**<br>**Bethesda, MD 20817** | | | |
| **Alan Meltzer 2012 GRAT**<br>**6500 Rock Spring Drive**<br>**Suite 500**<br>**Bethesda, MD 20817** | | | |
| **Alan Tilles**<br>**10600 Beechknoll Lane**<br>**Potomac, MD 20854** | | | |
| **Alexander Chudnovsky**<br>**Audrey Fernandes**<br>**12261 Running Fence Lane**<br>**Clarksville, MD 21029** | | | |
| **Alexander Tuneski**<br>**1319 North Barton Street**<br>**Arlington, VA 22201** | | | |
| **Alison Adler**<br>**3001 Veazey Terrace, NW, #432**<br>**Washington, DC 20008** | | | |
| **Amish Sura**<br>**909 Hillstead Dr.**<br>**Lutherville Timonium, MD 21093** | | | |

Sheet  1 of 23 in List of Equity Security Holders

In re:  **Matchbox Food Group, LLC** _____     Case No. _____

                                            Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Amy Dickstein**<br>**8934 Abbey Terrace**<br>**Potomac, MD 20854** | | | |
| **Andrew Freedman**<br>**Joan Presbitero**<br>**3302 Fleet St.**<br>**Baltimore, MD 21224** | | | |
| **Angelo Falcone**<br>**Amy Falcone**<br>**2606 Tridelphia Lake Road**<br>**Brookeville, MD 20833** | | | |
| **Annu Sangal**<br>**Sanjay Sangal**<br>**3455 Stonebrooke Lane**<br>**Maumee, OH 43537** | | | |
| **Arvind Desai**<br>**803 Quartz Flake Court**<br>**Odenton, MD 21113** | | | |
| **Ashish Chawla**<br>**Nirali Chawla**<br>**11631 Hunting Crest Lane**<br>**Vienna, VA 22182** | | | |
| **Ashtray Partners, LLC**<br>**4461 East West Highway**<br>**Bethesda, MD 20814** | | | |
| **BDW Investments,  LLC**<br>**c/o Pathstone Family**<br>**P.O. Box 52047**<br>**Atlanta, GA 30355** | **10.47737 %** | | |
| **Bedrock Investments,LLC**<br>**434 West Webster Avenue**<br>**Chicago, IL 60614** | | | |
| **Benjamin Lifsey**<br>**Susan Lifsey**<br>**10101 Counselman Road**<br>**Potomac, MD 20854** | | | |

List of equity security holders consists of 23 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

In re:  **Matchbox Food Group, LLC**                                    Case No. _____
                                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Benu Goel**<br>**Alok Goel**<br>**1 Cain Dr.**<br>**Hillsborough, NJ 08844** | | | |
| **Bernhard Treidl**<br>**1 Research Court**<br>**Suite 450**<br>**Rockville, MD 20850** | | | |
| **BKV, LLC**<br>**One Preserve Parkway**<br>**Suite 120**<br>**Rockville, MD 20852** | | | |
| **Blue Rocket Investments, LLC**<br>**1901 Pennsylvania Avenue**<br>**10th Floor**<br>**Washington, DC 20006** | | | |
| **Brian Bates**<br>**1040 Towlston Road**<br>**Mc Lean, VA 22102** | | | |
| **Byron Dorgan**<br>**1702 Esquire Lane**<br>**Mc Lean, VA 22101** | | | |
| **Caeli Andrews**<br>**1025 1st Street, SE #813**<br>**Washington, DC 20003** | | | |
| **Capital E Holdings, LP**<br>**750 9th Street, NW, #550**<br>**Washington, DC 20001** | | 10.19105% | |
| **Carrie Feord**<br>**18416 Billek Court**<br>**Herndon, VA 20170** | | | |
| **Casey Patten**<br>**215 I Street, NE #404**<br>**Washington, DC 20002** | | | |
| **Casey Tatom**<br>**Denise Tatom**<br>**1218 100th Ct., SE**<br>**Everett, WA 98208** | | | |

In re:   **Matchbox Food Group, LLC**　　　　　　　　　　　　　　　　　　Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Catherine Haggett**
**4552 28th Road S,**
**Unit D**
**Arlington, VA 22206**

**CDC Holdings, LLC**
**2710 Prosperity Avenue**
**Suite 120**
**Fairfax, VA 22031**

**Chad Murray**
**106 Atlanta Circle**
**Madison, AL 35758**

**Chandan Dada**
**7205 Wolverton Ct**
**Clarksville, MD 21029**

**Chris Gartland**
**14517 Faraday Drive**
**Rockville, MD 20853**

**Christian Genetski**
**121 4th Street, NE**
**Washington, DC 20002**

**Christopher Curry**
**138 West 10th Avenue**
**Huntington, WV 25701**

**Clyde W Northrop Trust**
**15508 Avery Road**
**Rockville, MD 20855**

**Dana Creative Concepts Corporation**
**1536 Live Oak Drive**
**Silver Spring, MD 20910**

**Dana Warrington**
**Leslie Warrington**
**115 Commonwealth Avenue**
**Alexandria, VA 22314**

**Daniel Williams**
**Jodie Williams**
**3456 Corte Panorama**
**Carlsbad, CA 92009**

List of equity security holders consists of 23 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　Best Case Bankruptcy

In re:   **Matchbox Food Group, LLC** _____        Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Dave Normandin**
**62 Moore Street**
**Chelmsford, MA 01824**

**David Freishtat**
**12837 Lamp Post Lane**
**Potomac, MD 20854**

**David Hollander**
**Maya Ajmere**
**326 9th Street, SE**
**Washington, DC 20003**

**David Mazza**
**1116 H Street, NE**
**Washington, DC 20002**

**David Orear**
**751 Binnacle Point Drive**
**Longboat Key, FL 34228**

**David Pordy**
**2508 Oakensheild Drive**
**Potomac, MD 20854**

**David Shove-Brown**
**Maureen Shove- Brown**
**156 11th Street, NE**
**Washington, DC 20002**

**Dax Alvarez**
**2124 Butler Avenue**
**Los Angeles, CA 90025**

**Dean Fiergang**
**5 Deer Creek Ct**
**Reisterstown, MD 21136**

**Deborah Berman**
**Richard Kopp**
**2110 Hill Street**
**Ann Arbor, MI 48104**

**DNG Holdings LLC**
**11011 Blevins Dr.**
**Clarksville, MD 21029**

List of equity security holders consists of 23 total page(s)

In re:  **Matchbox Food Group, LLC** _____      Case No. _____

_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Don  Rogers**
**9105 Redwood Avenue**
**Bethesda, MD 20817**

**Donna Shore**
**Kevin Born**
**7713 Sullivan Circle**
**Alexandria, VA 22315**

**Dorothy Grantham**
**17304 Moss Side Lane**
**Olney, MD 20832**

**Dr. Jay Lustbader**
**Susan Lustbader**
**10687 Quarterstaff Road**
**Columbia, MD 21044**

**Dr. Paul Shin**
**1147 20th Street, NW**
**Suite 400**
**Washington, DC 20036**

**Dudley Family Investments, LLC**
**11619 Chartwell Court**
**Houston, TX 77024**

**Edward Patchett**
**Donna Patchett**
**1118 Northwind Drive**
**Reston, VA 20194**

**Eldad Moraru**
**6127 Utah Avenue NW**
**Washington, DC 20015**

**Elliott V Staren**
**2201 Wisconsin  Avenue, NW**
**Washington, DC 20007**

**EMN Investments, LLC**
**8720 Harness Trail**
**Potomac, MD 20854**

**Fanaroff and Steppa, LLC**
**16021 Industrial Drive**
**Suite 8**
**Gaithersburg, MD 20877**

List of equity security holders consists of 23 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

In re:  **Matchbox Food Group, LLC** _____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Forum Hill Partners, LLC**
**10110 Molecular Drive**
**Suite 300**
**Rockville, MD 20850**

**FOTW, LLC**
**1700 13th Street, NW**
**Apt 1**
**Washington, DC 20009**

**Frank Fumich**
**Chelsea Fumich**
**6011 4th Street  N, #A**
**Arlington, VA 22203**

**Frank Stopak**
**12290 Wilkins Ave.**
**Rockville, MD 20852**

**Frederick Milanowski**
**138 Kendrick Pines Blvd**
**Spring, TX 77389**

**Gabrielle Kohlmeier**
**1319 Constitution Ave NE**
**Apt 1**
**Washington, DC 20002**

**Gary Siegel**
**10528 Democracy Blvd.**
**Potomac, MD 20854**

**George Galloway**
**1750 Old Meadow Road**
**Suite 250**
**Mc Lean, VA 22102**

**Gerald Smilen, Jr.**
**8224 South Coral Circle**
**North Lauderdale, FL 33068**

**Glen Heitmann**
**12290 Wilkins Avenue**
**Rockville, MD 20852**

**Gregory Barber**
**1025 1st Street, SE #416**
**Washington, DC 20003**

List of equity security holders consists of 23 total page(s)

In re:  **Matchbox Food Group, LLC** _____     Case No. _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Hammerstone Capital  I, LLC**<br>**1607 South Lake Shore Drive**<br>**Sarasota, FL 34231** | | | |
| **Harvey I Metro**<br>**1412 Lake Norwood Way**<br>**Sandy Spring, MD 20860** | | 4.64513% | |
| **Harvey Katzen**<br>**12500 Park Potomac Avenue, #807**<br>**Potomac, MD 20854** | | | |
| **HayRyMorBry,LLC**<br>**6526 Elgin Lane**<br>**Bethesda, MD 20817-4000** | | | |
| **Hirsch Family Revocable Trust DTD**<br>**c/o Donald Hirsh**<br>**2209 Wakerobin Lane**<br>**Reston, VA 20191** | | | |
| **Horace Jen**<br>**1042 Delf Drive**<br>**Mc Lean, VA 22101** | | | |
| **Howard N Bierman Revocable LivingTrust**<br>**702 North Irving Street**<br>**Arlington, VA 22201** | | | |
| **Howard Rubin**<br>**5703 Kirkwood Drive**<br>**Bethesda, MD 20816** | | | |
| **Jacqui Key**<br>**520 West Huron Street, #617**<br>**Chicago, IL 60654** | | | |
| **Jake Geesing**<br>**6003 Executive Blvd, #101**<br>**Rockville, MD 20852** | | | |
| **James D Waller LivingTrust UAD 03-29-20**<br>**8701 Plymouth Road**<br>**Alexandria, VA 22308** | | | |
| **Jason Beckerman**<br>**1067 Princeton Street**<br>**Santa Monica, CA 90403** | | | |

List of equity security holders consists of 23 total page(s)

In re:   **Matchbox Food Group, LLC**                                   Case No. _____
                                                                        _____
                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**Jason Schneider**
**3216 Navy Drive**
**Herndon, VA 20171**

**Jaspal Ahluwalia**
**2644 Winter Morning Way**
**Olney, MD 20832**

**Jay Eisenberg**
**6 China Rose Court**
**Rockville, MD 20850**

**Jay Lustbader**
**Susan Lustbader**
**10687 Quarterstaff Rd.**
**Columbia, MD 21044**

**Jay Wechsler**
**509 Oak Knoll Terrace**
**Rockville, MD 20850**

**JBW Holdings, LLC**
**4112 Jenifer Street, NW**
**Washington, DC 20015**

**JD Murphy**
**7735 Old Georgetown Road**
**Bethesda, MD 20814**

**Jeff Fischer**
**6370 31st Place, NW**
**Washington, DC 20015**

**Jeffrey Kilduff**
**8892 Olson Court**
**Mc Lean, VA 22102**

**Jeffrey Sabloff**
**3045 Normanstone Terrace**
**Washington, DC 20008**

**Jeffrey Weikel**
**Jessica Weikel**
**1500 Locus Street, #4208**
**Philadelphia, PA 19102**

In re:  **Matchbox Food Group, LLC** _____    Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Jennifer Casper**
**5501 Joplin Street**
**Springfield, VA 22151**

**Jessica Bartlett**
**1634 Stonington Drive**
**Hudson, OH 44236**

**Jessica L. Davidson**
**3721 Charles Stewart Dr.**
**Fairfax, VA 22033**

**Jill E Coleman Revocable LivingTrust**
**702 North Irving Street**
**Arlington, VA 22201**

**Jitu Modi**
**Reshma Modi**
**8636 Vintage Earth Path**
**Laurel, MD 20723**

**Joe Furgal**
**3125 8th Street  North**
**Arlington, VA 22201**

**Joe Robinson**
**Ruth Robinson**
**858 Nicholas Run Drive**
**Great Falls, VA 22066**

**Joel Cohen**
**5122 Wilson Lane**
**Bethesda, MD 20814**

**John DePaola**
**2511 Coxshire Lane**
**Davidsonville, MD 21035**

**John DePaola, Jr.**
**2511 Coxshire Lane**
**Davidsonville, VA 20135**

**John Staren**
**Christine Staren**
**1392 South Precinct Street**
**East Taunton, MA 02718**

List of equity security holders consists of 23 total page(s)

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re: **Matchbox Food Group, LLC**  _____     Case No. _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**John Staren**
**1392 South Precinct Street**
**East Taunton, MA 02718**

**John W Murray**
**Cory Churches**
**1024 G Street NE**
**Washington, DC 20002**

**Joshua Berman**
**Amy Berman**
**7111 45th Street**
**Chevy Chase, MD 20815**

**Joshua Berman**
**7111 45th Street**
**Chevy Chase, MD 20815**

**Kapil Gopal**
**Kajal Gopal**
**2602 Lasswade Lane**
**Oakton, VA 22124**

**Katie Depaola**
**2511 Coxshire Lane**
**Davidsonville, MD 21035**

**Kay B. Weaver Revocable Trust**
**11990 Market Street, #1311**
**Reston, VA 20190**

**Kelly Follain**
**16780 Old Waterford Road**
**Paeonian Springs, VA 20129**

**Kenneth Mallick**
**26451 Mullinix Mill Road**
**Mount Airy, MD 21771**

**Kenneth Malm**
**8603 Country Club Drive**
**Bethesda, MD 20817**

**Kevin Walton**
**8606 Melwood Road**
**Bethesda, MD 20817**

In re:  **Matchbox Food Group, LLC** _____   Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**KLD-HMG, Ltd.**
**10110 Molecular Drive**
**Suite 300**
**Rockville, MD 20850**

**Ladd M Nolin Declaration Of Trust**
**613 Pacific Place**
**Anchorage, AK 99501**

**Lamgar, LLC**
**P.O. Box 115**
**Davis, WV 26260**

**Laurence Bensignor**
**Fern Bensignor**
**8900 Falls Chapel Way**
**Potomac, MD 20854**

**Lawrence Shulman**
**11211 Potomac Crest Drive**
**Potomac, MD 20854**

**Len Ostroff**
**5899 Indian Summer Dr**
**Clarksville, MD 21029**

**Len Wolfson**
**2125 14th Street NW, #802**
**Washington, DC 20009**

**Leonard A Greenberg**
**Linda K.Greenberg**
**Multi Generation Trust**
**4901 Fairmont Avenue, Suite 200**
**Bethesda, MD 20814**

**Leonard Thomas**
**208 East Jefferson Street**
**Falls Church, VA 22046**

**Liberty Investment**
**4834 Seven Trails Circle**
**Aberdeen, MD 21001**

**Lionel Pashkoff**
**11308 Hidden Hollow Ct.**
**Potomac, MD 20854**

In re:   **Matchbox Food Group, LLC** _____    Case No. _____
                                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**LMP 2005 Trust**
**3303 Water Street, NW**
**Unit 4a**
**Washington, DC 20007**

**Louanne Roark**
**555 South Washington Street**
**Unit 102**
**Alexandria, VA 22314**

**Maeghan Kim**
**283 River Bend Way**
**Grayson, KY 41143**

**Mal Revocable Trust**
**7118 Montrose Road**
**Suite 420**
**Potomac, MD 20854**

**Manish Gopal**
**89 Tennyson Dr.**
**Plainsboro, NJ 08536**

**Marc Zwillingerkirsten Chadwick T/E**
**5506 Cornish Road**
**Bethesda, MD 20814**

**Mark Bond**
**Amy Bond**
**16 Huntersworth Court**
**Owings Mills, MD 21117**

**Mark Rabin**
**Barbara Rabin**
**4416 East West Highway**
**4th Floor**
**Bethesda, MD 20814**

**Mark Rubin**
**117 Driscoll Way**
**Gaithersburg, MD 20878**

**Mark Stevenson**
**3 East Rosemont Avenue**
**Alexandria, VA 22301**

**Marla Levine Revocable Trust**
**7301 Bannockburn Ridge Court**
**Bethesda, MD 20817**

List of equity security holders consists of 23 total page(s)

In re:  **Matchbox Food Group, LLC** _____  Case No. _____
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Marshall Cannon**
**12290 Wilkins Avenue**
**Rockville, MD 20852**

**Mary C Northrop Trust**
**15508 Avery Road**
**Rockville, MD 20855**

**Mary Gloudemans**
**5293 North Sunset Shadows Place**
**Tucson, AZ 85750**

**Matt Cohen**
**120 Melody Lane SW**
**Vienna, VA 22180**

**Matthew Lambert**
**265 Blackwater Avenue**
**Davis, WV 26260**

**MB Investments, LLC**
**12154 Darnestown  Road**
**Suite 621**
**Gaithersburg, MD 20878**

**Mehta Ventures Corporation**
**4 Stillforest Street**
**Houston, TX 77024**

**MF Squared, LLC**
**18 Halston Street**
**Baltimore, MD 21209**

**MFG Opportunities, LLC**
**12990 Wilkins Avenue**
**Rockville, MD 20852**

**Michael  Sambat**
**Sabina Sambat**
**12325 Fox Meadow Lane**
**West Friendship, MD 21794**

**Michael Gillman**
**Mindy Gillman**
**3705 Mystic Court**
**Olney, MD 20832**

In re:   **Matchbox Food Group, LLC**  _____    Case No. _____
                                      Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Michael Kim**
**1651  Burgundy Road**
**Encinitas, CA 92024**

**Michael Sambat**
**Sabina Sambat**
**12325 Fox Meadow Lane**
**West Friendship, MD 21794**

**Mike Blank Trust**
**2800 East Sunrise Blvd**
**#15F**
**Fort Lauderdale, FL 33304**

**Moiz Doriwala**
**2088 Grace Manor Court**
**Mc Lean, VA 22101**

**Monroe Living Trust DTD 6/10/2014**
**411 Walnut Street**
**#1500**
**Green Cove Springs, FL 32043**

**Mukund Desai**
**150 Executive Center Dr., #223**
**Greenville, SC 29615**

**Nabiha Chowdhury**
**20665 Manhattan Place**
**#103**
**Vienna, VA 22180**

**Nancy Sommer**
**3354 Megans Way**
**Olney, MD 20832**

**Nathan Rickman**
**3438 Preservation Drive**
**Fairfax, VA 22031**

**Neal Schmitt**
**10312 Marchmont Court**
**Tampa, FL 33626**

**Neetish Patel**
**8 Thornton Avenue**
**Greenville, SC 29609**

In re:  **Matchbox Food Group, LLC** _____     Case No. _____

                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Neil Glick**<br>**William Campbell**<br>**1515 Massachusetts Avenue, SE**<br>**Washington, DC 20003** | | | |
| **Niraj Jani**<br>**Sajal Jani**<br>**12245 Watkins Bridge Lane**<br>**Clarksville, MD 21029** | | | |
| **On Fire, LLC**<br>**23 Corporate Plaza**<br>**Suite 150**<br>**Newport Beach, CA 92660** | | **8.31032%** | |
| **Pankaj Asarpota Living Trust**<br>**P.O. Box 7175**<br>**Monroe Township, NJ 08831** | | | |
| **Paras Patel**<br>**11204 Terrace Lane**<br>**Fulton, MD 20759** | | | |
| **Pattie T Davidson Revocable Trust**<br>**8821 Sultana Drive**<br>**Anchorage, AK 99516** | | | |
| **Paul Mueher**<br>**June Muehr**<br>**3400 Creekview Drive**<br>**Bonita Springs, FL 34134** | | | |
| **Pester Enterprise, LLC**<br>**7400 Nevis Road**<br>**Bethesda, MD 20817** | | | |
| **Peter D'Amelio**<br>**18416 Billek Court**<br>**Poolesville, MD 20837** | | **2.785%** | |
| **Peter Holzgang**<br>**12101 Darnley Road**<br>**Woodbridge, VA 22192** | | | |
| **Philip Guire**<br>**Sarah Wilson**<br>**121 12th Street, NW**<br>**Washington, DC 20002** | | | |

List of equity security holders consists of 23 total page(s)

In re:  **Matchbox Food Group, LLC**                                Case No. _____
_____
                          Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Potomac Investment Trust**
**c/o RDP Management**
**4416 East West Highway**
**Bethesda, MD 20814**

**Qualcongroup, Inc.**
**1600 Gulf Blvd**
**Unit 716**
**Clearwater Beach, FL 33767**

**Rahul Shah**
**12001 Great Elm Drive**
**Potomac, MD 20854**

**Raj Hari**
**11842 Aurelio Lane**
**Orlando, FL 32827**

**Randy Hernandez**
**2119 Power Street**
**Hermosa Beach, CA 90254**

**Ravi Dahiya**
**7105 Deer Crossing Court**
**Bethesda, MD 20817**

**Ravi Goel**
**25 Parnell Drive**
**Cherry Hill, NJ 08003**

**Raymond Williams**
**Sara Williams**
**1700 13th Street, NW**
**Apt 1**
**Washington, DC 20009**

**Ric Apatoff**
**5932 Gentle Call**
**Clarksville, MD 21029**

**Rich Berman**
**5420 Galena Place, NW**
**Washington, DC 20016**

**Richa Gopal**
**17 Harvest Dr.**
**Plainsboro, NJ 08536**

List of equity security holders consists of 23 total page(s)

In re:  **Matchbox Food Group, LLC** _____  Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Richard Kim**
**9200 Shari Drive**
**Fairfax, VA 22032**

**Richard Turtil**
**12412 Port Haven Drive**
**Germantown, MD 20874**

**Rick Ferrante**
**3928 Park Place**
**Huntingtown, MD 20639**

**Rina Desai**
**10101 Grosvenor Place, #406**
**Rockville, MD 20852**

**Robert Baldwin**
**2125 14th Street, NW**
**#915**
**Washington, DC 20009**

**Robert Hoopes**
**Hilary Hoopes**
**5609 Roosevelt Street**
**Bethesda, MD 20817**

**Robert L Long Trust**
**12004 Pleasant Prospect Road**
**Mitchellville, MD 20721**

**Robert Pincus**
**Roxanne E. Little**
**3303 Water Street, NW, Unit 4a**
**Washington, DC 20008**

**Robin Hettleman**
**6909 Hillmead Road**
**Bethesda, MD 20817**

**Roma Desai**
**Paras Desai**
**5123 Rowley Falls Lane**
**Sugar Land, TX 77479**

**Ronald Paul**
**4416 East West Highway**
**Bethesda, MD 20814**

In re:   **Matchbox Food Group, LLC** _____     Case No. _____
                                  Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Rose Bowl Investors, LLC**
**555 South Washington Street**
**Unit 103**
**Alexandria, VA 22314**

**Ross Vann**
**5153 Sherier Place, NW**
**Washington, DC 20007**

**Rudra Rai**
**11715 Pindell Chase Dr.**
**Fulton, MD 20759**

**Sabrina Rufty**
**Josef Mark Lawyer**
**6510 Old Stage Road**
**Rockville, MD 20852**

**Samuel Freeman**
**250 Meridian Avenue**
**Apt 3**
**Miami Beach, FL 33139**

**Sanjay D Goel Revocable Living Trusu/a**
**5824 Wild Orange Gate**
**Clarksville, MD 21029**

**Sanjay Goel Revocable Living Trust**
**11819 Shepards Xing**
**Clarksville, MD 21029**

**Sanjay Jagannath**
**206 Wedge Porr Court**
**Apex, NC 27539**

**Sanjay Modi**
**8636 Vintage Earth Path**
**Laurel, MD 20723**

**Sanjay Sangal**
**Annu Sangal**
**3455 Stonebrooke Lane**
**Maumee, OH 43537**

**Sarabjit Bhatia**
**9923 Potomac Manors Dr.**
**Potomac, MD 20854**

List of equity security holders consists of 23 total page(s)

In re:   **Matchbox Food Group, LLC** _____      Case No. _____

                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Scott Levine**
**814 North Harrison Street**
**Arlington, VA 22205**

**Scott Whittaker**
**5330 27th Street N**
**Arlington, VA 22207**

**Shane Kosinski**
**107 West Luray Avenue**
**Alexandria, VA 22301**

**Sheldon Shapiro,**
**c/o Gerald Shapiro**
**14620 Rothgeb Dr.**
**Rockville, MD 20850**

**Sheldon Stewart**
**3010 Westhurst Ct.**
**Oakton, VA 22124**

**SLS Real Estate Associates**
**1742 N St., NW**
**Washington, DC 20036**

**SPP Consulting LLC**
**12313 Daniel Circle Land**
**Clarksville, MD 21029**

**Stephen Dvoranchik**
**6159 Inverness Terrace**
**Fairview, PA 16415**

**Stephen Ellick**
**Deborah Ellick**
**7405 Glenbrook Road**
**Bethesda, MD 20814**

**Stephen Lord**
**2302 North Grennbier Court**
**Arlington, VA 22207**

**Steve Eblin**
**1239 Idlewood Drive**
**Asheboro, NC 27205**

List of equity security holders consists of 23 total page(s)

In re: __Matchbox Food Group, LLC_____    Case No. _____
Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**Steve Halliday**
**Cindy Allen**
**536 Columbine Street**
**Denver, CO 80206**

**Steve Miller**
**418 East Windsor Avenue**
**Alexandria, VA 22301**

**Steven Grant**
**7 West 96th Street, 18A**
**New York, NY 10025**

**Steven Levine, Trustee**
**Bette Levine,Trustee**
**Steven and Bette Levine Trust**
**305 Patel Place**
**Palm Springs, CA 92264**

**Steven M. Glazer Family IrrevocableTrust**
**5301 Wisconsin Avenue NW**
**Suite 740**
**Washington, DC 20015**

**Steven Toll**
**1543 Brookhaven Drive**
**Mc Lean, VA 22101**

**Sunandan Mirchandani**
**Anjali Malkani**
**250 Alpine Trail**
**Kingsport, TN 37663**

**Susan Apgood**
**Richard Apgood**
**4527 Cheltenham Drive**
**Bethesda, MD 20814**

**Susan Wallner**
**146 Sarazen Drive**
**Moorestown, NJ 08057**

**T2 Partners, LLC**
**1153 South Monroe Street**
**Arlington, VA 22204**

**Tai Park**
**10700 Mist Haven Terrace**
**Rockville, MD 20852**

List of equity security holders consists of 23 total page(s)

In re:   **Matchbox Food Group, LLC** _____   Case No. _____
                                   Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**Tan, LLC**
**11618 Twining Lane**
**Potomac, MD 20854**

**Terry Carterjulie Moore**
**716 6th Street , NW**
**Apt 1203**
**Washington, DC 20001**

**The Jeffrey G Weaver Revocable Trust**
**11990 Market Street**
**Unit 1311**
**Reston, VA 20190**

**Thomas Follain**
**16780 Old Waterford Road**
**Paeonian Springs, VA 20129**

**Thomas Murphy**
**Barbara Murphy**
**2015 Grafton Street**
**Alexandria, VA 22312**

**Tom Davidson**
**Linda Davidson**
**8402 Brookwood Court**
**Mc Lean, VA 22102**

**Toral Desai**
**Ravi Mohan**
**4440 Willard Ave.**
**Chevy Chase, MD 20815**

**Umesh Marathe**
**Katina Marathe**
**677 Balbriggan Ct.**
**Cincinnati, OH 45255**

**Vikram Bhatia**
**9923 Potomac Manors Dr.**
**Potomac, MD 20854**

**Vineet Dua**
**3262 Eleanor's Garden Way**
**Woodbine, MD 21797**

**Vishal Desai**
**150 Eecutive Center Dr., #223**
**Greenville, SC 29615**

List of equity security holders consists of 23 total page(s)

In re:  **Matchbox Food Group, LLC**                                    Case No.  _____
_____
                              Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**Vivek Sood**
**11674 Foxspur Court**
**Ellicott City, MD 21042**

**William Byrnes**
**577 Devils Lane**
**Naples, FL 34103**

**William Dvoranchik**
**6251 Snowview Drive**
**Park City, UT 84098**

**William Graham**
**18472 Perdido Bay Terrace**
**Leesburg, VA 20176**

**William M Becker Revocable Trust**
**4829 Bending Lane NW**
**Washington, DC 20007**

**William Poirier**
**Sue Poirier**
**30 Pine Lane**
**North Chatham, MA 02650**

**William Reilly**
**Jacqueline Reilly**
**11392 HighBrook Court**
**Sterling, VA 20165**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August  3, 2020**                                   Signature  **/s/ Edwin A. Sheridan IV**
_____                                   **Edwin A. Sheridan IV**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maryland

In re    **Matchbox Food Group, LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 3, 2020**

**/s/ Edwin A. Sheridan IV**

**Edwin A. Sheridan IV**/**Member**
Signer/Title

ABL, LLC
8808 Clifford Ave.
Chevy Chase, MD 20815


AIM Restaurant Holding, LLC
Ronald Abramson
1700 K St. NW, Ste. 300
Washington, DC 20006-3807


Alsco Alexandria
725 South Pickett Street
Alexandria, VA 22304


Alsco Dallas FT Worth
1340 East Berry Street
Fort Worth, TX 76119


Alsco Lanham
4900 Philadelphia Way
Lanham, MD 20706


Alsco Pompano Beach
2631 NW  17th Lane
Pompano Beach, FL 33064


Alsco Richmond
1701 Touchstone Road
Colonial Heights, VA 23834


Amy Dickstein
Barry Dickstein
8934 Abbey Terrace
Potomac, MD 20854


Arnold Bros Forest Products
201 North Beltline Road
Irving, TX 75061

Ashtray, LLC
10110 Molecular Dr., Ste. 300
Rockville, MD 20850


Bram Levy
2303 14th St., NW, Apt. 901
Washington, DC 20009


Carbon's Golden Malted
PO Box 129
Concordville, PA 19331


Cathedral Commons Partners, LLC
Attn:  Bozzuto Management
6406 Ivy Lane, Ste. 700
Greenbelt, MD 20770


Chef's Warehouse Mid-Atlantic
PO Box 30944
New York, NY 10087


Chesapeake - MBRK - SBA loan


Coastal Sunbelt Produce
PO Box 62860
Baltimore, MD 21264


Commerical Express HVAC, Inc
PO Box 76458
Baltimore, MD 21275


Concur Technologies Inc
62157 Collections Center Drive
Chicago, IL 60693

Congressional Plaza Associates
c/o Federal Realty
P.O. Box 8500-9320
Philadelphia, PA 19178-9320


Cozzini Bros
350 Howard Avenue
Des Plaines, IL 60018


CRS Plaza I, LC
c/o Rockcrest Group, LLC
14800 Conference Center Dr.
Suite 201
Chantilly, VA 20151


Cusano's Baking Company
5480 West Hillsboro Blvd
Coconut Creek, FL 33070


Cynthia A. Castillo Revocable Trust
400 Virginia Ave., SW
Washington, DC 20024


Dana Creative Concepts, Corp.
MItchell Herman
1536 Live Oak Dr.
Silver Spring, MD 20910


Daniel Neal
Heller Shapiro
8808 Clifford Ave.
Chevy Chase, MD 20815


Dave Normandin
62 Moore St.
Chelmsford, MA 01824

David Adelman
916 N. Alfred St.
Alexandria, VA 22314


Direct TV LLC
PO Box 410347
Charlotte, NC 28421


Diversey
25337 Network Place
Chicago, IL 60673


Dunbar Security Products
8525 Kelso Drive
Suite L
Baltimore, MD 21221


EagleBank
Attn: Scott S. Kinlaw
7815 Woodmont Ave.
Bethesda, MD 20814


Ecolab Pest
26252 Network Place
Chicago, IL 60673


Egg Cream, LLC
7830 Old Georgetown Rd.
Bethesda, MD 20814


Egg Cream, LLC
Attn: Kathleen A. McCallum
416 East-West Highway, Ste. 300
Bethesda, MD 20814


EMN Investment, LLC
Evan Novenstein
7811 Montrose Rd., Ste. 200
Potomac, MD 20854

Empire Baking Company
6440 North Central Expressway
Suite 508
Dallas, TX 75206


Eskridge LLC
Department #235615
P.O. Box 536856
Atlanta, GA 30353-6856


Fanaroff and Steppa, LLC
Steve Fanaroff
16021 Industrial Dr., Ste. 8
Gaithersburg, MD 20877


Farmer Bros
PO Box 732855
Dallas, TX 75373


Fashion Centre Mall, LLC
P.O. Box 402792
Atlanta, GA 30384-2792


Forum Hill Partners, LLC
Harvey Goodman
10110 Molecular Dr., Ste 300
Rockville, MD 20850


Frank Stopak
12290 Wilkins Ave.
Rockville, MD 20852


Freedom Fresh Produce
11001 NW 124th Street
Medley, FL 33178


Gary Siegel
10528 Democracy Blvd.
Potomac, MD 20854

Glen Heitmann
12290 Wilkins Ave.
Rockville, MD 20852


Gordon & Simmons LLC
1050 Key Parkway
Suite 101
Frederick, MD 21702


Halperns Steak & Seafood
4381 Beech Haven Trail SE
Atlanta, GA 30339


Hardie's Dallas
PO Box 671554
Dallas, TX 75267


Howie Bierman
6003 Executive Blvd., #101
Rockville, MD 20852


Investors Warren Street LLP


Jake Geesing
6003 Executive Blvd., #101
Rockville, MD 20852


Jeffrey G. Weaver Revocable Trust
Jeffrey Weaver
11990 Market Street, #1311
Reston, VA 20190


Jeffrey Sabloff
3045 Normanstone Terr., NW
Washington, DC 20008

```
Jemal's Jackson, LLC
c/o Jemal Belmont, LP
P.O. Box 825693
Philadelphia, PA 19182-3628


JEMM Ventures, LLC
Margolius Philip
7910 Woodmont Ave., #1165
Bethesda, MD 20814


Joan Frye
11148 Montclair Ct.
Hodges, SC 29695


John DePaola
2511 Coxshire Lane
Davidsonville, MD 21035


Kay B. Weaver Revocable Trust
Kay B. Weaver
11990 Market Street, #1311
Reston, VA 20190


Ken Mallick
26451 Mullinix MIll Rd.
Mount Airy, MD 21771


Ken Malm
8603 Country Club Dr.
Bethesda, MD 20814


King Jerome LLC
430 Park Avenue, Ste. 505
New York, NY 10022


KLD-HMG, Ltd.
Harvey Goodman
10110 Molecular Dr., Ste. 740
Rockville, MD 20850
```

Laurence Bensignor
Fern Bensignor
8900 Falls Chapel Way
Potomac, MD 20854


Leonard A. Greenberg
Linda K. Greenberg
4901 Fairmont Ave., Ste. 200
Bethesda, MD 20814


Lionel Pashkoff
11308 Hidden Hollow Ct.
Potomac, MD 20854


Lyon Bakery
PO Box 1360
Hyattsville, MD 20785


Mall at Potomac Mills, LLC
P.O. Box 277866
Atlanta, GA 30384-7866


Manor Hill Farm LLC
4411 Manor Lane
Ellicott City, MD 21042


Mark Rabin
Barbara Rabin
4416 East West Hwy, 4th Floor
Bethesda, MD 20814


Marshall Cannon
12290 Wilkins Ave.
Rockville, MD 20852


Michelle S. Lee
915 Georgetown Ridge Ct.
Mc Lean, VA 22102

Michelle S. Lee 2007 Irrrevocable Trust
FBO Allison M. Chou
915 Georgetown Ridge Ct.
Mc Lean, VA 22102


Michelle S. Lee 2007 Irrrevocable Trust
FBO Courtney T. Chou
915 Georgetown Ridge Ct.
Mc Lean, VA 22102


Michelle S. Lee 2007 Irrrevocable Trust
FBOKristen N. Chou
915 Georgetown Ridge Ct.
Mc Lean, VA 22102


Midwood Management Corp.
430 Park Avenue, 2nd Floor
New York, NY 10022


MWD 3MFB, LLC
Howard Hughes SDS-12-3083
P.O. Box 86
Minneapolis, MN 55486-2980


Office Depot
PO Box 1413
Charlotte, NC 28201


One Loudoun Downtown, LLC
c/o Miller & Smith
P.O. Box 65057
Baltimore, MD 21264-5057


Peterson Management
PO Box 75383
Charlotte, NC 28275

```
PFA-C Silver Spring, LC
Peterson Management
P.O. Box 75383
Charlotte, NC 28275


Philip Urofsky
Meliss Urofsky
4710 Glenbrook Parkway
Bethesda, MD 20814


Potomac Investment Trust
Ron Paul
7830 Old Georgetown Rd.
Bethesda, MD 20814


Presto Pest Control
PO Box 795
Sellersville, PA 18960


Pro Fish
1900 Fenwick Street NE
Washington, DC 20002


RDP Management, Inc.
4416 East West Hwy., Ste. 300
Bethesda, MD 20814


Repair 24 LLC
8532 Virginia Meadows Drive
Manassas, VA 20109


Restaurants Technologies
12962 Collections Center Drive
Chicago, IL 60693


Reston Town Center, LLC
P.O. Box 3557
Boston, MA 02241-3557
```

Richard D. Calder, Jr.
5700 Mohican Rd.
Bethesda, MD 20816


Robert P. Pincus
Roxanne E. Little
3303 Water St., NW, 4-A
Washington, DC 20008


RPAI US Management LLC
13068 Collection Center Dr.
Chicago, IL 60693-1300


Sandra Kaye
Laney Oxman
P.O. Box 323
Berkeley Springs, WV 25411


Sanjay Goel Revocable Living Trust
Sonny Goel
11819 Shepards Xing
Clarksville, MD 21029


Sawgrass Mills Phase IV, LLC
P.O. Box 403539
Atlanta, GA 30384-3539


Schnader Harrison Segal & Lewis, LLP
1600 Market Street, Suite 1600
Philadelphia, PA 19103


Seyfarth Shaw LLP
3807 Collections Center Drive
Chicago, IL 60693


Sheldon Shapiro
2001 N. Ocean Blvd., S-1606
Fort Lauderdale, FL 33305

Sheldon Stewart
3010 Westhurst Ct.
Oakton, VA 22124


Short Pump Town Center
P.O. Box 72054
Cleveland, OH 44192-0054


Sivan Columbia, LLC
151 Haven Ave.
Port Washington, NY 11050


SLS Real Estate Associates
Steve Schram
1742 N St., NW
Washington, DC 20036


Stephen Ellick
Deborah Ellick
7405 Glenbrook Rd.
Bethesda, MD 20814


Steven M. Glazer Family Irrevocable Trus
Steve Glazer
5301 Wisconsin Ave., NW
Suite 740
Washington, DC 20015


Street Retail Bethesda Row Shops WW2
Lockbox #9320
P.O. Box 8500
Philadelphia, PA 19178-9320


Sysco Baltimore
24500 Highway 290
Cypress, TX 77429

Sysco North Texas
800 Trinity Drive
Lewisville, TX 75056


Sysco South Florida
12500 Sysco Way
Medley, FL 33178


TAN, LLC
Gary Bortnick
11618 Twining Lane
Potomac, MD 20854


The Landsburgh Apartments
425 8th St., NW
Attn: Leasing Office
Washington, DC 20004


Thompson Hospitality
Attn: Ali Azima
1741 Business Center Dr., Ste. 200
Reston, VA 20190


TriMark Adams-Burch, Inc.
1901 Stanford Ct.
Hyattsville, MD 20785


Tripleseat Software
300 Baker Avenue
Suite 205
Concord, MA 01742


Tuna, LLC
80100 Cessna Dr.
Gaithersburg, MD 20879

Urban Alarm
5614 Connecticut Avenue
#306
Washington, DC 20015


Valley Proteins
PO Box 643393
Cincinnati, OH 45264


Viyas Sundaram
1015 33rd St. NW, Unit 812
Washington, DC 20017


Walnut Hill Phase I
7859 Walnut Hill Lane, Ste. 300
Dallas, TX 75230


Washington Gas
PO Box 37747
Philadelphia, PA 19101


Waste Management of Maryland
P.O. Box 13648
Philadelphia, PA 19101-3648

# United States Bankruptcy Court
## District of Maryland

In re  **Matchbox Food Group, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Matchbox Food Group, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**BDW Investments,  LLC**
**c/o Pathstone Family**
**P.O. Box 52047**
**Atlanta, GA 30355**

**Capital E Holdings, LP**
**750 9th Street, NW, #550**
**Washington, DC 20001**

☐ None [*Check if applicable*]

**August  3, 2020**

Date

/s/ Janet M. Nesse, Esq,.

**Janet M. Nesse, Esq,.**

Signature of Attorney or Litigant

Counsel for   **Matchbox Food Group, LLC**

**McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.**

**6411 Ivy Lane, Ste. 200**
**Greenbelt, MD 20770**
**(301) 441-2420 Fax:(301) 982-9450**
**jnesse@mhlawyers.com**